

REIDUN STRØMSHEIM # 104938
JOANNE LAFRENIERE # 158011
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
jlafreniere@stromsheim.com

Attorneys for Trustee,
MARC DEL PIERO

The following constitutes
the order of the court. Signed December 6, 2012

_____
Charles Novack
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:

FIREEAR Inc.,
aka Fireear Incorporated
aka Fireear Corporation

Tax ID: 83-0500628

    Debtor.

Case No. 12-55489 CN

Chapter 7

### ORDER SHORTENING TIME FOR HEARING ON SUPPLEMENTARY MOTION TO SELL ASSETS FREE AND CLEAR OF LIENS

    The ex parte application of Marc Del Piero (the "Trustee"), the trustee of the Chapter 7 bankruptcy estate of Fireear, Inc. (the "Estate"), for an order shortening the time for a hearing on motion to sell the Debtor's interests in a certain patent free and clear of the interests, if any, of Telular Corporation, having been reviewed by the Court, notice being appropriate under the circumstances, and good cause appearing,

    IT IS HEREBY ORDERED the application is granted, and the time for notice of the hearing is hereby shortened, and the hearing will be heard on December __19__ , 2012, at __2:00__ p.m., before the Honorable Charles Novack, Courtroom 3070, United States

Bankruptcy Court, 280 South First Street, San Jose, CA.  Telular Corporation shall present any opposition to the motion to sell free and clear orally at the hearing, and may, *but is not required to*, file declarations or memoranda in support of its position prior to the hearing.

***END OF ORDER***

COURT SERVICE LIST

Telular Corporation
ATTN: Jonathan M. Charax, CFO
311 South Wacker Drive, Suite 4300
Chicago, IL 60606